

Sid@RomanoLaw.com          55 Broad Street, 18th Floor          (212) 865-9848
                            New York, NY 10004

August 14, 2023

**Via ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

*In light of the parties' consent to stay discovery pending resolution of the motion to dismiss, the Initial Pretrial Conference is adjourned without date.*

Dated: August 15, 2023
       New York, New York

**SO ORDERED.**

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   ***Aira Jewels, LLC v. Mondrian Collection, LLC and Lisbeth Sylvain***
      **Civil Action No: 1:23-cv-04510 (JLR)**

Dear Judge Rochon:

We represent Plaintiff Aira Jewels, LLC in the above-referenced matter.  Pursuant to Rule 1.F or Your Honor's Individual Practices, we write with Defendants' consent to jointly request that Court adjourn the initial pretrial conference, currently scheduled for August 21, 2023, until after Defendants' Motion to Dismiss has been resolved.  The parties respectfully submit that discovery efforts will be more efficient if undertaken after resolution of the Motion.  For reference, the parties recently obtained Your Honor's approval for a briefing schedule under which the Motion to Dismiss will be fully submitted by September 14, 2023.

Defendants have consented to this request, and this is the parties' first adjournment request concerning the initial pretrial conference.

We thank the Court for its consideration of this adjournment request.

Respectfully submitted,

*/s/ Siddartha Rao*
Siddartha Rao

Cc: All counsel (via ECF)