UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIRA JEWELS, LLC,<br><br>                        Plaintiff,<br><br>-against-<br><br>MONDRIAN COLLECTION, LLC and LISBETH SYLVAIN,<br><br>                        Defendants. | Case No. 1:23-cv-04510 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at oral argument on January 10, 2025, the Court GRANTS Defendants' motion to dismiss in part and DENIES it in part. The Court dismisses Count II with prejudice, and denies the motion to dismiss as to Counts I, III, IV, V, VI, and VII. The stay of discovery is LIFTED. The Clerk of Court is directed to terminate the motion at Dkt. 30. The parties are directed to appear for an initial pre-trial conference on **January 24, 2025 at 10:00 a.m.** in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: January 10, 2025
        New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        JENNIFER L. ROCHON
                                        United States District Judge

1