# ROMANO
## L A W

| | | |
|---|---|---|
| Sid@RomanoLaw.com | One Battery Park Plaza, 7th Floor<br>New York, NY 10004 | (212) 865-9848 |

January 22, 2025

**BY ECF**
Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*The requested adjournment is GRANTED. The initial pre-trial conference is rescheduled to **January 30, 2025 at 10:00 a.m.**.*

*Date:    January 22, 2025*
*New York, New York*

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Re:    **Aira Jewels, LLC v. Mondrian Collection, LLC, 23-cv-04510 (JLR) – Consented Request for Conference Adjournment**

Dear Judge Rochon:

We are counsel to Plaintiff Aira Jewels in the above referenced matter. We write with consent of opposing counsel pursuant to Rule 1.F of Your Honor's Individual Rules of Practice in Civil Cases to request an adjournment of the initial conference currently scheduled for this Friday January 24, 2025. After conferring with counsel, we propose the following three available dates: (1) January 29, 2025; (2) January 30, 2025; and (3) February 4, 2025. This is the first request for extension as to this conference. This extension will not affect any later dates in this matter.

Plaintiff seeks the extension to accommodate a conflicting conference and a medical issue affecting Plaintiff's lead counsel. We thank the Court for its time and attention to this matter.

Respectfully submitted,

**ROMANO LAW, PLLC**

/s/ Siddartha Rao
Siddartha Rao

cc:    All counsel (by ECF)
Gabriella Epley (via email)