UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIRA JEWELS, LLC,<br><br>         Plaintiff,<br><br>    -against-<br><br>MONDRIAN COLLECTION, LLC and LISBETH SYLVAIN,<br><br>         Defendants. | Case No. 1:23-cv-04510 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record at the discovery hearing held on May 20, 2025, Plaintiff's request to extend the deadline for the completion of depositions, Dkt. 47, is GRANTED.  The deadline for the parties to complete depositions is extended to **June 27, 2025**.  Defendants shall be entitled to take Plaintiff's deposition first before Plaintiff conducts its depositions.   All fact discovery shall be completed by **June 27, 2025**.

  For the reasons set forth on the record, Defendants' request that the Court find Plaintiff's objections to Defendants' interrogatories and requests for production waived, Dkt. 51, is DENIED.

  Plaintiff's motion for leave to amend pursuant to Federal Rule of Civil Procedure 15, if any, shall be filed by **May 27, 2025**; Defendants' opposition shall be filed by **June 11, 2025**; and Plaintiff's reply shall be filed by **June 17, 2025**.

  The expert discovery deadlines set forth in the Case Management Plan remain the same and all discovery shall be complete in this case by **July 24, 2025**.

1

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 47 and 51.

Dated: May 20, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge